IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANNA MARIA RAMIREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-3784 |
| | § | **JURY** |
| TARGET CORPORATION | § | |
| | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Target Corporation, ("Target") hereby files this Notice of Removal pursuant to

28 U.S.C. §§ 1332, 1441, and 1446, removing the above-captioned case to the United States

District Court for the Southern District of Texas, Houston Division.  The grounds for removal

are as follows:

## I.  Introduction

1.     Plaintiff Anna Maria Ramirez ("Plaintiff" or "Ramirez"), at the time this action

was commenced, was, and still is, a resident and a citizen of Texas.

2.     Target, at the time this action was commenced, was, and still is, a resident and a

citizen of Minnesota.

3.     Plaintiff claims that on or about September 29, 2019, she was shopping in the

Target store, located at 300 Meyerland Plaza Mall, Houston, Texas, when she slipped and fell on

a wet substance on the floor. Plaintiff's Original Petition at p. 2.  Plaintiff contends that she

suffered severe injuries as a result of same. *Id.*

1

4.      On or about October 4, 2020, Plaintiff commenced a lawsuit in the 125th Judicial District Court of Harris County, Texas, Cause No. 2020-62936, styled *Anna Maria Ramirez v. Target Corporation*. *Id.* at p. 1. Defendant was served on or about October 7, 2020.

5.      Plaintiff avers, inter alia, that Target was negligent in failing to maintain the area in question. *Id*. at pp. 2-3.  Consequently, Plaintiff seeks to recover damages for premises liability and negligent undertaking. *Id*.

## II.  Grounds for Removal

**A.      Complete Diversity of Citizenship Exists Between the Parties and the Amount in Controversy Exceeds $75,000.00.**

6.      Plaintiff is a citizen and a resident of Texas.  Target is a citizen and a resident of Minnesota.  Thus, the parties are completely diverse.  *See* 28 U.S.C. § 1332(a).

7.      Plaintiff is seeking in excess damages in excess of $75,000.00.  In particular, Plaintiff's petition seeks "monetary relief over $200,000 but not more than $1,000,000". *See* Plaintiff's Original Petition at p. 1.  Therefore, the amount in controversy exceeds $75,000.00.

**B.      Venue is Proper in This Division and in This District.**

8.      Plaintiff filed this action in Harris County, Texas.  The Houston Division of the Southern District of Texas encompasses Harris County, Texas.  Thus, this district and division embrace the place where the state court action is pending.  *See* 28 U.S.C. §1441(a).

## III.  Procedural Requirements for Removal

9.      This Notice of Removal is filed within thirty days of the date on which Defendant received the summons and complaint.  Thus, this Notice of Removal is timely.  *See* 28 U.S.C. § 1446(b).

10.    Copies of all processes, pleadings, and orders have been filed separately with this Court.  *See* 28 U.S.C. § 1446(a).

11.    Pursuant to Local Rule 81 of the Southern District of Texas, the following documents are attached to this Notice of Removal: copy of all processes, attached hereto as Exhibit "A"; all pleadings and orders signed by the Judge attached hereto as Exhibit "B"; an Index of Matters Being Filed, attached hereto as Exhibit "C"; and a list of all Counsel of Record, including addresses, telephone numbers and parties represented is attached hereto as Exhibit "D".

12.    A copy of this Notice of Removal will be filed with the Harris County District Clerk's office promptly and will be served on Plaintiff promptly.  *See* 28 U.S.C. § 1446(d); *see also Nixon v. Wheatley*, 368 F. Supp. 2d 635, 640 (E.D. Tex. 2005) (Crone, J).

13.    The filing fee has been paid to the Clerk.

## IV.  Prayer

14.    WHEREFORE, PREMISES CONSIDERED, Defendant Target Corporation prays that the above-styled action now pending in the 125th Judicial District Court of Harris County, Texas  be removed there from to this Honorable Court.

15.    This Notice of Removal is filed subject to and without waiver of any defenses or objections to Plaintiff's Original Petition as allowed by the Federal Rules of Civil Procedure or by any applicable law.

Respectfully submitted,


**GERMER PLLC**

By:   /s/ Valerie Ly w/ permission
        Troy A. Williams
        State Bar No. 00788678

3

Federal I.D. No. 19043
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas  77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
Email: twilliams@germer.com

**LEAD ATTORNEY FOR DEFENDANT
TARGET CORPORATION**

**OF COUNSEL:**
Valerie L. Ly
State Bar No. 24053692
Federal I.D. No. 2387134
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas  77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
Email: vly@germer.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via CM/ECF on November 6, 2020 to all counsel of record, as follows:

Chelsea Murfree
Adam Murfree
Ramji Law Group
9816 Katy Freeway
Houston, Texas 77055

/s/ Valerie Ly
Valerie Ly