United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Anna Maria Ramirez, Plaintiff, | § § § | |
| v. | § § | Civil Action H-20-3784 |
| Target Corporation, Defendant. | § § § | |

## Order of Adoption

On March 16, 2022, Magistrate Judge Peter Bray recommended that the court grant Target Corporation's motion for summary judgment. (19) Anna Maria Ramirez filed objections. (20) Because Ramirez's objections rely on evidence that is not in the summary judgment record, her objections are denied. The court adopts the report and recommendation as its memorandum and opinion. A separate final judgment will issue.

Signed at Houston, Texas, on March 31, 2022.

_____
Lynn N. Hughes
United States District Judge