United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Anna Maria Ramirez, §
    Plaintiff, §
 §
v. § Civil Action H-20-3784
 §
Target Corporation, §
    Defendant. §

# Final Judgment

Anna Maria Ramirez's complaint is dismissed with prejudice. Ramirez takes nothing from Target Corporation.

Signed at Houston, Texas, on March 31, 2022.

_____
Lynn N. Hughes
United States District Judge